## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DENNIS J HILL,

      Plaintiff,

v.                                                  Case No.:  6:25-cv-01926-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

---

### ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant. Doc. No. 23.  Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that upon remand, the administrative law judge will do the following:

> give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p); evaluate the prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

*Id.* at 1.

-1-

Upon consideration, the Court finds this request well-taken.  *See* 42 U.S.C. § 405(g).  Accordingly, it is **ORDERED** that:

1.      Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 23) is **GRANTED**.

2.      The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405 (g), for the above-stated reasons.

3.      The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2026

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record