# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DENNIS J HILL,

      Plaintiff,

      v.                                                    Case No.: 6:25-cv-01926-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (EAJA) Pursuant to 28 U.S.C.A. § 2412(d). Doc. No. 28. Upon review, the motion (Doc. No. 28) will be granted.

Plaintiff, through counsel of record, filed a complaint against the Commissioner of Social Security regarding the denial of his application for social security benefits. Doc. No. 1. After Plaintiff's briefing was filed, Doc. No. 22, the Commissioner filed an unopposed motion to remand. Doc. No. 23. The Court granted the motion on March 27, 2026, and reversed and remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 24. Judgment was entered in favor of Plaintiff and against the Commissioner on March 31, 2026. Doc. No. 26.

-1-

By the present motion, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. No. 28.  Plaintiff requests a total of $8,150.00 under the EAJA for 32.6 hours performed by Plaintiff's counsel in 2025 and 2026, at an hourly rate of $250.00.  *Id.* at 1-2.  The Commissioner does not oppose.  *Id.* at 1.

Upon consideration, and absent an objection from the Commissioner, the Court finds the request for fees pursuant to the EAJA well-taken.  Accordingly, Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 28) is **GRANTED**, to the extent that Plaintiff is awarded a total of $8,150.00.[1]

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Plaintiff's motion references an assignment of EAJA fees from Plaintiff to counsel. Doc. No. 28, at 1, 5.  However, Plaintiff states only that "following an order by the Court awarding an EAJA fee to the Plaintiff, Defendant will then, as a courtesy to Plaintiff's attorney, verify whether Plaintiff owes a debt to the United States that is subject to offset. If there is no such debt, payment will be made payable to Plaintiff's attorney. The Plaintiff does not object to this policy."  *Id.*, at 5.  The government may exercise its discretion to honor Plaintiff's assignment of attorney's fees awarded under the EAJA if the government determines that Plaintiff does not owe a federal debt, but the Court will not order the government to do so.